UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY PRATT,<br>　　　　Plaintiff,<br><br>-v-<br><br>35TH JUDICIAL CIRCUIT COURT OF SHIAWASSEE COUNTY, MICHIGAN JUDICIAL TENURE COMMISSION, and STATE COURT ADMINISTRATIVE OFFICE,<br>　　　　Defendants. | No. 1:11-cv-1093<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted two motions to dismiss and having resolved all pending claims in favor of Defendants, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　January 11, 2012　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge